**SAO**
MICHAEL F. BOHN, ESQ.
Nevada Bar No.: 1641
mbohn@bohnlawfirm.com
LAW OFFICES OF
MICHAEL F. BOHN, ESQ., LTD.
2260 Corporate Circle, Suite 480
Henderson, NV  89074
 (702) 642-3113/ (702) 642-9766 FAX

Attorney for plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF  NEVADA

| | |
|---|---|
| NEVADA TRUST DEED SERVICES, a Nevada Limited Liability Company<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA and ANTHONY C. CALLENS<br><br>Defendant | CASE NO.:   2:21-CV-991-JCM-VCF<br><br><br>**STIPULATION AND ORDER FOR DISBURSAL OF SURPLUS  FUNDS** |

IT IS HEREBY STIPULATED AND AGREED by and between Nevada Trust Deed Services, LLC by and through its attorney, Michael F. Bohn, Esq., and defendant United States of America, by and through it's attorney Boris Kukso as follows:

1. Plaintiff Nevada Trust Deed Services, shall pay to the United States the sum of $20,701.40 from its foreclosure file number 20-11-002- FCL;

/ / /

/ / /

/ / /

- 1 -

2. The United States shall be dismissed from this case, with each party to bear their own attorneys fees and costs.

DATED this ___ day of November, 2021

| LAW OFFICES OF<br>MICHAEL F. BOHN, ESQ., LTD. | UNITED STATES DEPARTMENT<br>OF JUSTICE |
|---|---|
| By: /s/ Michael F. Bohn, Esq. /<br>    Michael F. Bohn, Esq.<br>    2206 Corporate Circle, Ste. 480<br>    Henderson, NV 89074<br>    Attorney for plaintiff | By: /s/ /Boris Kukso, Esq./<br>    Boris Kukso, Esq.<br>    Trial Attorney, Tax Division<br>    P.O. BOX 683<br>    Washington, DC  20044<br>    Attorney for United States of America |

IT IS SO ORDERED November 19, 2021.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

LAW OFFICES OF
MICHAEL F. BOHN, ESQ. LTD.

By: /s/ Michael F. Bohn, Esq. /
    MICHAEL F. BOHN, ESQ.
    2206 Corporate Circle, Ste. 480
    Henderson, NV 89074
    Attorney for plaintiff

- 2 -