MICHAEL F. BOHN, ESQ.
Nevada Bar No.: 1641
mbohn@bohnlawfirm.com
LAW OFFICES OF
MICHAEL F. BOHN, ESQ., LTD.
2260 Corporate Circle, Suite 480
Henderson, NV 89074
 (702) 642-3113/ (702) 642-9766 FAX

Attorney for plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NEVADA TRUST DEED SERVICES, a Nevada Limited Liability Company<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA and ANTHONY C. CALLENS<br><br>Defendant | CASE NO.:   2:21-CV-991-JCM-VCF<br><br>**STIPULATION AND ORDER FOR DISBURSAL OF SURPLUS FUNDS**<br>AND ORDER OF DISMISSAL |

IT IS HEREBY STIPULATED AND AGREED by and between Nevada Trust Deed Services, LLC by and through its attorney, Michael F. Bohn, Esq., and defendant Anthony C. Callens, in proper person as follows:

1.  Plaintiff, Nevada Trust Deed Services, shall retain the sum of $5,000. 00 from its foreclosure file number 20-11-002-FCL for its attorney fees and costs of litigation.

///

///

///

- 1 -

2. Plaintiff, Nevada Trust Deed Service, shall pay to Anthony C. Callens, the remaining sum of $35,459.62 from its foreclosure file number 20-11-002- FCL;

3. This action shall be dismissed, with prejudice, with each party to bear their own attorney's fees and costs.

DATED this 2nd day of February, 2022

LAW OFFICES OF
MICHAEL F. BOHN, ESQ., LTD.

By: /s/ Michael Bohn
Michael F. Bohn, Esq.
2206 Corporate Circle, Ste. 480
Henderson, NV 89074
Attorney for plaintiff

By: /s/ Anthony Callens
Anthony C. Callens
3504 Strutz Avenue
Las Vegas, NV 89110
Defendant in proper person

IT IS SO ORDERED February 7, 2022.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

LAW OFFICES OF
MICHAEL F. BOHN, ESQ. LTD.

By: /s/ Michael Bohn
MICHAEL F. BOHN, ESQ.
2206 Corporate Circle, Ste. 480
Henderson, NV 89074
Attorney for plaintiff